# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
MARTIN LUTHER KING JR. FEDERAL BUILDING AND U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, NEW JERSEY 07101

CAMDEN OFFICE
MITCHELL H. COHEN
U.S. COURTHOUSE
1 JOHN F. GERRY PLAZA
CAMDEN, NJ 08101

WILLIAM T. WALSH
   Clerk

TRENTON OFFICE
CLARKSON S. FISHER
U.S. COURTHOUSE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: CAMDEN

January 25, 2010

Philip J. Berg
Law Offices of Phillip J. Berg
555 Andorra Glen Court
Suite 12
Lafayette Hill, PA 19444

      **Re:**     **10-cv-353 Berg, et al v. Weichert, et al. (NLH-JS)**

Dear Counsel:

     Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

      Very truly yours,
      WILLIAM T. WALSH, Clerk

      By: Nicholas Zotti
      Deputy Clerk

cc:    Hon. Noel L. Hillman, U.S.D.C.J.
       Hon. Joel Schneider, U.S.M.J.